No. 10–868. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION *v.* PIRTLE ▮ ▮ CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION *v.* JOHNSON ▮ ▮ HARTLEY *v.* SNEED ▮ CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION *v.* MOSLEY; and CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION *v.* SLATER ▮ ▮ C. A. 9th Cir. Motions of respondents John H. Pirtle, Robert Everett Johnson, Anthony Sneed, and Michael Craig Slater for leave to proceed *in forma pauperis* granted. Certiorari as to John H. Pirtle, Robert Everett Johnson, Anthony Sneed, and Michael Craig Slater granted, judgments vacated, and cases remanded for further consideration in light of *Swarthout* v. *Cooke,* 562 U. S. 216 (2011) *(per curiam).* Certiorari as to Ron Mosley denied.

No. 10–987. AFFILIATED COMPUTER SERVICES, INC. *v.* FENSTERSTOCK. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *AT&T Mobility LLC* v. *Concepcion,* 563 U. S. 333 (2011). ▮

No. 10–1070. EISAI CO., LTD., ET AL. *v.* TEVA PHARMACEUTICALS USA, INC., THROUGH ITS GATE PHARMACEUTICALS DIVISION. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950). ▮

No. 10–9970. LAFOUNTAIN *v.* BALCARCEL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* de-